## U.S. District Court
## Western District of Pennsylvania (Pittsburgh)
## CIVIL DOCKET FOR CASE #: 2:25−cv−00288−RJC−PLD

ABRAMSON v. LINE 5, LLC et al  
Assigned to: Judge Robert J. Colville  
Referred to: Magistrate Judge Patricia L. Dodge  
Demand: $2,000  
Cause: 47:227 Restrictions of Use of Telephone Equipment

Date Filed: 02/26/2025  
Jury Demand: Plaintiff  
Nature of Suit: 485 Telephone Consumer Protection Act (TCPA)  
Jurisdiction: Federal Question

**Plaintiff**

**STEWART ABRAMSON**  
*individually and on behalf of a class of all persons and entities similarly situated*

represented by **Anthony I. Paronich**  
Paronich Law, P.C.  
350 Lincoln St.  
Suite 2400  
Hingham, MA 02043  
508−221−1510  
Fax: 508−221−1510  
Email: anthony@paronichlaw.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Jeremy C. Jackson**  
P.O. Box 244  
Bellefonte, PA 16823  
814−777−5080  
Email: jjackson@bower−law.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LINE 5, LLC**

represented by **Brit J. Suttell**  
Barron & Newburger, P.C.  
6100 219th St. SW  
Suite 480  
Mountlake Terrace, WA 98043  
484−999−4232  
Email: britjsuttell@bn−lawyers.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**HEADSTART WARRANTY GROUP LLC**

represented by **Andrew Michael Schwartz**  
Messer Strickler Burnette, LTD  
935 E. Lancaster Ave, #1003  
Downingtown, PA 19335  
320−434−9664

Fax: 312–334–3474
Email: aschwartz@messerstrickler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barry Guaglardi**
Guaglardi & Meliti, LLP
365 West Passaic Street
Suite 130
Rochelle Park, NJ 07662
201–947–4100
Email: JBONETTI@ADGMLAW.COM
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MLB GLOBAL, LLC**
*TERMINATED: 05/16/2025*
*doing business as*
BENCHMARK WARRANTY
*TERMINATED: 05/16/2025*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/26/2025 | Ï 1 | COMPLAINT against HEADSTART WARRANTY GROUP LLC, LINE 5, LLC, MLB GLOBAL, LLC (Filing fee, including Administrative fee, $405, receipt number APAWDC–8724009), filed by STEWART ABRAMSON. (Attachments: # 1 Civil Cover Sheet) (Jackson, Jeremy) (Entered: 02/26/2025) |
| 02/27/2025 | Ï 2 | PRAECIPE to Issue Summons by STEWART ABRAMSON (Attachments: # 1 Summons, # 2 Summons , # 3 Summons) (Jackson, Jeremy) Modified text on 2/27/2025. (cel) (Entered: 02/27/2025) |
| 02/27/2025 | Ï | Magistrate Judge Patricia L. Dodge added. (cel) (Entered: 02/27/2025) |
| 02/27/2025 | Ï 3 | Summons Issued as to HEADSTART WARRANTY GROUP LLC, LINE 5, LLC, MLB GLOBAL, LLC (cel) (Entered: 02/27/2025) |
| 02/27/2025 | Ï 4 | MOTION for attorney Anthony Paronich to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC–8726413) by STEWART ABRAMSON. (Attachments: # 1 Affidavit of Anthony Paronich, # 2 Proposed Order) (Paronich, Anthony) (Entered: 02/27/2025) |
| 02/27/2025 | Ï 5 | EXHIBITS *Certificate of Good Standing* in Support of 4 Motion to Appear Pro Hac Vice by STEWART ABRAMSON. (Paronich, Anthony) (Entered: 02/27/2025) |
| 02/28/2025 | Ï 6 | ORDER granting 4 Motion for Anthony Paronich to Appear Pro Hac Vice. Signed by Magistrate Judge Patricia L. Dodge on 2/28/2025. Text–only entry; no PDF document will issue. This text–only entry constitutes the Order of the Court or Notice on the matter. (mqe) (Entered: 02/28/2025) |
| 03/24/2025 | Ï 7 | ANSWER to 1 Complaint *with Affirmative Defenses* by LINE 5, LLC. (Suttell, Brit) Modified text on 3/24/2025. (bjr) (Entered: 03/24/2025) |
| 03/24/2025 | Ï 8 | Disclosure Statement identifying None as corporate parent or other affiliate by LINE 5, LLC. (Suttell, Brit) (Entered: 03/24/2025) |

| | | |
|---|---|---|
| 03/24/2025 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 7 Answer to Complaint. ERROR: Document incorrectly linked. CORRECTION: Linked to appropriate document. This message is for informational purposes only. (bjr) (Entered: 03/24/2025) |
| 04/01/2025 | 9 | SUMMONS/Return of Service Returned Executed by STEWART ABRAMSON. MLB GLOBAL, LLC served on 2/28/2025, answer due 3/21/2025. (Paronich, Anthony) (Entered: 04/01/2025) |
| 04/15/2025 | 10 | NOTICE of Appearance by Andrew Michael Schwartz on behalf of HEADSTART WARRANTY GROUP LLC. (Schwartz, Andrew) (Entered: 04/15/2025) |
| 04/15/2025 | 11 | Disclosure Statement identifying NONE as corporate parent or other affiliate, declaring citizenship by HEADSTART WARRANTY GROUP LLC. (Attachments: # 1 Certificate of Service) (Schwartz, Andrew) (Entered: 04/15/2025) |
| 04/17/2025 | 12 | First MOTION for attorney Barry Scott Guaglardi to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC−8819407) by HEADSTART WARRANTY GROUP LLC. (Attachments: # 1 Affidavit, # 2 Order) (Guaglardi, Barry) (Entered: 04/17/2025) |
| 04/18/2025 | 13 | ORDER granting 12 Motion for Barry Scott Guaglardi to Appear Pro Hac Vice. Signed by Magistrate Judge Patricia L. Dodge on 4/18/2025. Text−only entry; no PDF document will issue. This text−only entry constitutes the Order of the Court or Notice on the matter. (mqe) (Entered: 04/18/2025) |
| 04/22/2025 | 14 | SUMMONS/Return of Service Returned Executed by STEWART ABRAMSON. HEADSTART WARRANTY GROUP LLC served on 4/9/2025, answer due 4/30/2025. (Paronich, Anthony) (Entered: 04/22/2025) |
| 04/30/2025 | 15 | ANSWER to 1 Complaint *With Affirmative Defenses* by HEADSTART WARRANTY GROUP LLC. (Attachments: # 1 Certificate of Service) (Schwartz, Andrew) Modified text on 5/2/2025. (cel) (Entered: 04/30/2025) |
| 05/16/2025 | 16 | NOTICE of Voluntary Dismissal *WITHOUT PREJUDICE OF MLB GLOBAL, LLC d/b/a BENCHMARK WARRANTY Only* by STEWART ABRAMSON (Paronich, Anthony) (Entered: 05/16/2025) |
| 05/19/2025 | 17 | **MICROSOFT TEAMS AUDIO CONFERENCING SCHEDULING NOTICE FOR ALL TELEPHONIC CONFERENCES** – Every telephonic conference conducted will be via a Microsoft Teams Audio Conferencing call−in number which requires participants to dial−in and provide a conference ID. When a Telephonic Conference is scheduled, you will be instructed to refer back to this notice. This document has a security setting of Case Participants Only, so only those individuals will have access to view the document. (mqe) (Entered: 05/19/2025) |
| 05/19/2025 | 18 | INITIAL LOCAL RULE 16.1 SCHEDULING ORDER: Rule 26 Meeting to be conducted on or before 6/6/2025, Rule 26 Meeting Report due by 6/13/2025, Stipulation Selecting ADR Process due by 6/13/2025, and Willingness to proceed before Magistrate Judge due by 6/9/2025. Telephonic Initial Case Management Conference set for 6/20/2025 at 09:00 AM before Magistrate Judge Patricia L. Dodge. Parties are directed to refer to the **MICROSOFT TEAMS AUDIO CONFERENCING SCHEDULING NOTICE FOR ALL TELEPHONIC CONFERENCES** for instructions. Signed by Magistrate Judge Patricia L. Dodge on 5/19/2025. (mqe) (Entered: 05/19/2025) |
| 06/12/2025 | 19 | REPORT of Rule 26(f) Planning Meeting. (Paronich, Anthony) (Entered: 06/12/2025) |
| 06/12/2025 | 20 | STIPULATION selecting ADR process by STEWART ABRAMSON. (Paronich, Anthony) (Entered: 06/12/2025) |
| 06/20/2025 | 22 | Minute Entry for proceedings held before Magistrate Judge Patricia L. Dodge: Telephonic Case Management Conference held on 6/20/2025. (Court Reporter: none) Text−only entry; no PDF |

| | | |
|---|---|---|
| | | document will issue. This text–only entry constitutes a Minute of the Court or Notice on the matter. (mqe) (Entered: 06/20/2025) |
| 06/20/2025 | 23 | CASE MANAGEMENT ORDER: Exchange of required Rule 26(a)(1) information due by 6/23/2025, Supplemental ADR Stipulation due by 7/7/2025, Motions to Dismiss due by 7/7/2025, Amended Pleadings due by 9/19/2025, Joinder of Parties due by 9/19/2025, Plaintiff's Expert Reports due by 12/18/2025, Defendants' Expert Reports due by 1/15/2026, and Discovery due by 3/6/2026. Telephonic Post–Discovery Status Conference set for 3/9/2026 at 01:00 PM before Magistrate Judge Patricia L. Dodge. Parties are directed to refer to the **MICROSOFT TEAMS AUDIO CONFERENCING SCHEDULING NOTICE FOR ALL TELEPHONIC CONFERENCES** for instructions Signed by Magistrate Judge Patricia L. Dodge on 6/20/2025. (mqe) (Entered: 06/20/2025) |
| 07/03/2025 | 24 | MOTION to Dismiss *(12(b)(1) – First File)* re 1 COMPLAINT, by HEADSTART WARRANTY GROUP LLC. (Schwartz, Andrew) (Entered: 07/03/2025) |
| 07/03/2025 | 25 | BRIEF in Support of 24 MOTION to Dismiss *(12(b)(1) – First File)* re 1 COMPLAINT, filed by HEADSTART WARRANTY GROUP LLC. (Attachments: # 1 Exhibit "A" _ Friel Complaint, # 2 Proposed Order) (Schwartz, Andrew) (Entered: 07/03/2025) |
| 07/07/2025 | 26 | ORDER Response/Briefing Schedule re 24 Motion to Dismiss filed by HEADSTART WARRANTY GROUP: Plaintiff's Response to Motion due by 7/21/2025. Signed by Magistrate Judge Patricia L. Dodge on 7/7/2025. Text–only entry; no PDF document will issue. This text–only entry constitutes the Order of the Court or Notice on the matter. (spc) (Entered: 07/07/2025) |
| 07/07/2025 | 27 | JOINDER of LINE 5, LLC to 24 Motion to Dismiss, 25 Brief in Support – Other. (Suttell, Brit) (Entered: 07/07/2025) |
| 07/07/2025 | Ï | CLERK'S OFFICE QUALITY CONTROL MESSAGE #1: re 25 Brief in Support, 24 Motion to Dismiss. ERROR: Attorney signature missing required information, specifically, attorney's bar ID number. CORRECTION: Attorney directed to comply with requirements of LCvR 5.2(B) in all future filings. This message is for informational purposes only. ERROR #2: Proposed Order was made an attachment to the Brief in Support. CORRECTION: Attorney is advised that, in the future, proposed orders are to be made attachments to the Motion. This message is for informational purposes only. (cel) (Entered: 07/07/2025) |
| 07/14/2025 | 28 | MOTION for Extension of Time to File Response/Reply as to 24 MOTION to Dismiss *(12(b)(1) – First File)* re 1 COMPLAINT, 26 Response/Briefing Schedule, by STEWART ABRAMSON. (Attachments: # 1 Proposed Order) (Paronich, Anthony) Modified text on 7/14/2025. (cel) (Entered: 07/14/2025) |
| 07/15/2025 | 29 | ORDER Response Schedule re 28 MOTION for Extension of Time to File Response/Reply as to 24 MOTION to Dismiss *(12(b)(1) – First File)* re 1 COMPLAINT, 26 Response/Briefing Schedule, by STEWART ABRAMSON. Response to Motion due by 7/17/2025. Signed by Magistrate Judge Patricia L. Dodge on 7/15/2025. Text–only entry; no PDF document will issue. This text–only entry constitutes the Order of the Court or Notice on the matter. (mqe) (Entered: 07/15/2025) |
| 07/28/2025 | 30 | ORDER granting 28 Motion for Extension of Time to File Response/Reply re 24 Motion to Dismiss (12(b)(1) – First File) re 1 COMPLAINT: Responses due by 7/31/2025. Signed by Magistrate Judge Patricia L. Dodge on 7/28/2025. Text–only entry; no PDF document will issue. This text–only entry constitutes the Order of the Court or Notice on the matter. (spc) (Entered: 07/28/2025) |
| 07/31/2025 | 31 | RESPONSE IN OPPOSITION to 24 Motion to Dismiss, 25 Brief in Support – Other, filed by STEWART ABRAMSON. (Paronich, Anthony) (Entered: 07/31/2025) |
| 09/19/2025 | Ï | |

| | | |
|---|---|---|
| | | Judge Robert J. Colville presiding. Magistrate Judge Patricia L. Dodge referred. (ert) (Entered: 09/19/2025) |
| 09/19/2025 | 32 | REPORT AND RECOMMENDATION that 24 MOTION to Dismiss *(12(b)(1) – First File)* re 1 COMPLAINT, by HEADSTART WARRANTY GROUP LLC. as joined by LINE 5, LLC. 27 be granted in that this action be transferred to the United States District Court for the Middle District of Pennsylvania. Objections to R&R due by 10/3/2025. Signed by Magistrate Judge Patricia L. Dodge on 9/19/2025. (mqe) (Entered: 09/19/2025) |
| 01/22/2026 | 33 | Memorandum Order accepting and adopting Judge Dodges Report and Recommendation 32 in its entirety as the opinion of the Court with respect to Headstarts Motion to Dismiss 24 as joined by Line 5. Headstarts Motion is granted insofar as this Court will transfer this matter to the Middle District of Pennsylvania. The Clerk of Court is hereby directed to transfer this matter to the United States District Court for the Middle District of Pennsylvania forthwith. Upon transfer, the Clerk of Court shall mark this case as CLOSED. Signed by Judge Robert J. Colville on 1/22/26. (cjo) (Entered: 01/22/2026) |