IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEWART ABRAMSON individually and on behalf of a class of all persons and entities similarly situated,<br>    Plaintiff<br><br>    v.<br><br>LINE 5, LLC; and HEADSTART WARRANTY GROUP LLC,<br>    Defendants | : : : : : : : : : : : | No. 1:26cv155<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 10 day of February 2026, upon consideration of the order transferring this matter from the United States District Court for the Western District of Pennsylvania to the United States District Court for the Middle District of Pennsylvania, (Doc. 33), it is hereby **ORDERED** that <u>**on or before February 17, 2026**</u>, the parties shall file a joint status report advising the court of the procedural posture of this case and any matters requiring the court's attention to keep this case moving forward.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court