IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>   Plaintiff<br><br>vs.<br><br>LINE 5, LLC and HEADSTART WARRANTY GROUP LLC<br><br>      Defendants. | Case No. 26-cv-155 |

## JOINT STATUS REPORT

The parties submit this joint status report pursuant to the Court's February 10, 2026 Order (Doc. 36).

Plaintiff has advised Defendants that he is preparing an amended complaint that would incorporate his claims against another actions pending against HeadStart Warranty Group, LLC in this Court. *See Friel v. Headstart Warranty Group, et. al.*, Civil Action No. 24-cv-1866. Plaintiff's position is that the claims arise out of the same underlying telemarketing campaign and involve overlapping

1

factual and legal issues, and that consolidation into this case would promote judicial economy and avoid duplicative proceedings.

Plaintiff has further advised that he intends to seek to have his claim against Line 5, LLC transferred back to the United States District Court for the Western District of Pennsylvania after the filing of an Amended Complaint that makes his only claim against Line 5, LLC in this cae. Plaintiff's position is that the allegations concerning Line 5 relate to distinct conduct that would be more appropriately litigated in that forum.

These proposals reflect Plaintiff's current position. Defendants are considering their response to Plaintiff's proposed amendment and contemplated transfer and reserve all rights with respect to those issues.

The parties will promptly notify the Court of any agreed-upon proposal or, if necessary, present the issues to the Court through appropriate motion practice so that the case may proceed in an orderly and efficient manner.

Dated: February 17, 2026          PLAINTIFF,
                                  By his attorneys

                                  /s/ Anthony I. Paronich
                                  Anthony I. Paronich
                                  Paronich Law, P.C.
                                  350 Lincoln Street, Suite 2400
                                  Hingham, MA 02043

(617) 485-0018
anthony@paronichlaw.com

*/s/ Andrew M. Schwartz*
Andrew M. Schwartz
Messer Strickler Burnette, Ltd.
935 E. Lancaster Ave., #1003
Downingtown, PA 19335
☎ : (320) 434-9664
🖨 : (312) 334-3474
✉ : aschwartz@messerstrickler.com

Barry S. Guaglardi
Admitted Pro Hac Vice
Guaglardi & Meliti, LLP
365 West Passaic Street, Suite 130
Rochelle Park, New Jersey 07662
Tel: (201) 947-4100
Fax: (201) 947-1010
www.adgmlaw.com

*Counsel for Defendant*
*Headstart Warranty Group, LLC*


/s/   Brit J. Suttell
Brit J. Suttell
Barron & Newburger, P.C.
6100 219th St. SW, Suite 480
Mountlake Terrace, WA   98043
P: 484.999.4232
britjsuttell@bn-lawyers.com

*Counsel for Defendant*
*Line 5, LLC*

3

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was filed through the Court's CM/ECF system, giving notice to all parties of record.

                                        /s/ *Anthony I. Paronich*
                                        Anthony Paronich