# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON,                              :
individually and on behalf of a class          :
of all persons and entities similarly          :
situated,                                      :    Case No. 1:26-cv-00155-JKM
                                               :
    Plaintiff(s),          :
                                               :
  v.                                 :
                                               :
LINE 5, LLC,                                   :
                                               :
    Defendant(s).          :

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTE that, Brit J. Suttell, Barron & Newburger, P.C., counsel for Defendant, has relocated to new offices at the following address:

Brit J. Suttell, Esq.
BARRON & NEWBURGER, P.C.
1455 NW Leary Way, Suite 400
Seattle, WA 98107

Respectfully submitted,

**BARRON & NEWBURGER, P.C.**

By:  /s/ Brit J. Suttell
   BRIT J. SUTTELL, ESQUIRE
   PA Id. No. 204140
   1455 NW Leary Way, Suite 400
   Seattle, WA  98107

1

2

(484) 999-4232
britjsuttell@bn-lawyers.com
Counsel for Defendant

Dated:  June 23, 2026

# CERTIFICATE OF SERVICE

I certify that on June 23, 2026, a true copy of the foregoing document was served on all counsel of record via CM/ECF.

**BARRON & NEWBURGER, P.C.**

By:    /s/ Brit J. Suttell
       BRIT J. SUTTELL, ESQUIRE
       Counsel for Defendant