## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEWART ABRAMSON individually and on behalf of a class of all persons and entities similarly situated, | : | No. 1:26cv155 |
| | : | |
| | : | (Judge Munley) |
| | : | |
| **Plaintiff** | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| LINE 5, LLC; and HEADSTART WARRANTY GROUP LLC, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this **25th** day of June 2026, upon consideration of plaintiff's motion for leave to file an amended class action complaint, (Doc. 38), it is hereby **ORDERED** that:

1. Plaintiff's motion, (Doc. 38), is **GRANTED**;

2. The Clerk of Court shall docket the proposed amended class action complaint, (Doc. 38-1), as the operative amended class action complaint in this matter; and

3. The Clerk of Court shall terminate Defendant Headstart Warranty Group LLC as a party to this action.

BY THE COURT:

_s/ Julia K. Munley_
JUDGE JULIA K. MUNLEY
United States District Court