**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

STEWART ABRAMSON,                      :
individually and on behalf of a class   :   **Case No. 2:25-cv-00288**
of all persons and entities similarly   :
situated,                              :
                                       :
          **Plaintiff(s),**                :
                                       :
   v.                                :
                                       :
LINE 5, LLC,                           :
                                       :
        **Defendant(s).**              :

**DEFENDANT LINE 5, LLC'S UNOPPOSED MOTION TO EXTEND
TIME TO RESPOND TO PLAINTIFF'S AMENDED CLASS ACTION
COMPLAINT**

Now comes Defendant Line 5, LLC ("Line 5") by and through its undersigned counsel and hereby submits this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint and, in support thereof, states as follows:

1.     On June 25, 2026, this Court entered an Order granting Plaintiff's Motion to Amend his Complaint.  ECF 41.

2.     That same day Plaintiff's Amended Class Action was docketed.

3.     Pursuant to Fed. R. Civ. P. 15(a)(3), Line 5 has until July 9, 2026.

1

4.     Defendant's counsel is currently scheduled to be traveling across the country that week and conferred with Plaintiff's counsel about obtaining an additional two (2) weeks to respond to the Amended Complaint.

5.     Pursuant to the communication from Plaintiff's counsel, there is no objection to extending Line 5's deadline to answer or otherwise respond to the Amended Complaint to July 23, 2026.

6.     Based on the foregoing, Line 5 respectfully requests an extension of time to answer or otherwise to Plaintiff's Amended Class Action Complaint to July 23, 2026.

7.     This request is not sought for the purpose of delay, nor will the additional time adversely affect the just, speedy, and inexpensive determination of this action.  *See* Fed. R. Civ. P. 1.

WHEREFORE, Defendant Line 5, LLC, respectfully requests that this Court enter an Order granting this Motion and allowing Defendant Line 5, LLC, up through and including July 23, 2026, to file a response to Plaintiff's Amended Class Action Complaint.

Respectfully submitted,

**BARRON & NEWBURGER, P.C.**

By:    /s/ Brit J. Suttell
       BRIT J. SUTTELL, ESQUIRE

2

PA Id. No. 204140
1455 NW Leary Way, Suite 400
Seattle, WA   98107
(484) 999-4232
britjsuttell@bn-lawyers.com
Counsel for Defendant Line 5, LLC

Dated:  July 2, 2026

## CERTIFICATE OF SERVICE

I certify that on July 2, 2026, a true copy of the foregoing document was served on all counsel of record via CM/ECF.

**BARRON & NEWBURGER, P.C.**

By:    /s/ Brit J. Suttell
        BRIT J. SUTTELL, ESQUIRE
PA Id. No. 204140
1455 NW Leary Way, Suite 400
Seattle, WA   98107
(484) 999-4232
britjsuttell@bn-lawyers.com
Counsel for Defendant Line 5, LLC

4