**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated, | : : : : | CASE NO.  26-cv-155 |
| Plaintiff, | : | [PROPOSED] ORDER |
| | : | |
| vs. | : | |
| | : | |
| LINE 5, LLC, | : | |
| | : | |
| Defendant. | : | |

AND NOW this _____ day of _____, 2026, upon review of Defendant Line 5, LLC's Unopposed Motion to Extend Time to Respond to Plaintiff's Amended Class Action Complaint it is hereby **ORDERED** that:

1.    Said Motion is **GRANTED.**

2.    Defendant LINE 5, LLC, is granted leave to file a response to Plaintiff's First Amended Complaint up to and including July 23, 2026.

_____
Judge Julia Munley