**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

STEWART ABRAMSON, individually :
and on behalf of a class of all persons :
and entities similarly situated, : CASE NO.  26-cv-155
 :
   Plaintiff, : [PROPOSED] ORDER
 :
vs. :
 :
LINE 5, LLC, :
 :
   Defendant. :

AND NOW this **6th** day of **July**, 2026, upon review of Defendant Line 5, LLC's Unopposed Motion to Extend Time to Respond to Plaintiff's Amended Class Action Complaint it is hereby **ORDERED** that:

1. Said Motion is **GRANTED.**

2. Defendant LINE 5, LLC, is granted leave to file a response to Plaintiff's First Amended Complaint up to and including July 23, 2026.

        _s/ Julia K. Munley_
         Judge Julia Munley