# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEWART ABRAMSON,** <br> **individually and on behalf of a class** <br> **of all persons and entities similarly** <br> **situated,** | : <br> : <br> : <br> : | **Case No. 1:26-cv-00155-JKM** |
| | : | |
| **Plaintiff(s),** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **LINE 5, LLC,** | : | |
| | : | |
| **Defendant(s).** | | |

## DEFENDANT LINE 5, LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)

Defendant Line 5, LLC respectfully moves the Court to dismiss Plaintiff's

First Amended Complaint, ECF 42, for the reasons more fully set forth in its

accompanying Brief.

WHEREFORE, Defendant Line 5, LLC respectfully requests that this

Honorable Court grant its Motion and dismiss Plaintiff's First Amended Complaint

with prejudice.

Respectfully submitted,

**BARRON & NEWBURGER, P.C.**

1

By:    /s/ Brit J. Suttell

BRIT J. SUTTELL, ESQUIRE
PA Id. No. 204140
1455 NW Leary Way, Suite 400
Seattle, WA  98107
(484) 999-4232
britjsuttell@bn-lawyers.com
Counsel for Defendant

Dated:  July 23, 2026

2

## CERTIFICATE OF SERVICE

I certify that on July 23, 2026, a true copy of the foregoing document was served on all counsel of record via CM/ECF.

**BARRON & NEWBURGER, P.C.**

By:    /s/ Brit J. Suttell
       BRIT J. SUTTELL, ESQUIRE
       Counsel for Defendant

3