# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEWART ABRAMSON,** **individually and on behalf of a class** **of all persons and entities similarly** **situated,** | : : : : | |
| | : | **Case No. 1:26-cv-00155-JKM** |
| **Plaintiff(s),** | : : | |
| **v.** | : : | |
| **LINE 5, LLC,** | : : | |
| **Defendant(s).** | : | |

## ORDER

AND NOW, this _____ day of _____, 2026, upon consideration of Defendant Line 5, LLC's Motion to Dismiss Plaintiff's First Amended Class Complaint, and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED.** Plaintiff's First Amended Class Complaint is **DISMISSED** with prejudice. The Clerk is directed to close this case.

BY THE COURT:

_____

Judge Julia K. Munley

1