# Exhibit B

Headstart Warranty Group, LLC
14114 North Dallas Parkway, Suite 600
Dallas, TX   75254

October 24, 2024

Headstart Warranty Group, LLC
c/o Registered Agents, Inc.
5900 Balcones Drive, Suite 100
Austin, TX   78731

Line 5, LLC
PO Box 112737
Naples, FL   34108

MLB Global, LLC
dba Benchmark Warranty
dba Benchmark Auto Protection
c/o Edwin Co
3934 Stanyan Drive
Round Rock, TX   78681

Line 5, LLC
5644 Tavilla Circle, Suite 204
Naples, FL   34110

Line 5, LLC
c/o Corporation Service Company
1201 Hays Street
Tallahassee, FL   32301

MLB Global, LLC
dba Benchmark Warranty
dba Benchmark Auto Protection
c/o Charles P. Burch
1505 Lockwood Lane
Saint Peters, MO   63376

MLB Global, LLC
dba Benchmark Warranty
dba Benchmark Auto Protection
231 South Bemiston Avenue
Suite 850, #753286
Saint Louis, MO   63105

MLB Global, LLC
dba Benchmark Warranty
dba Benchmark Auto Protection
c/o Gerald W. LeVora, Jr.
320 East 2nd South Street
Carlinville, IL   62626

MLB Global, LLC
dba Benchmark Warranty
dba Benchmark Auto Protection
c/o United States Corporation Agents, Inc.
1028 North Kingshighway Street, Suite C
Cape Girardeau, MO   63701

MLB Global, LLC
dba Benchmark Warranty
dba Benchmark Auto Protection
c/o Ricardo Medrano
502 Ironwood Drive
O'Fallon, MO   63368

To Whom it May Concern:

On 10/15/24 I received four separate telemarketing calls on my cellular telephone number of ▮▮▮▮▮▮▮▮ Each of these four separate calls came from the same Caller ID number, and they each delivered messages using artificial intelligence and an artificial voice to my cellular telephone number, that is listed on the National Do-Not-Call Registry, in violation of multiple prohibitions under the Telephone Consumer Protection Act (TCPA).

During one of the above-mentioned four separate telemarketing calls on 10/15/24 I was transferred to a live agent named Thomas Martinez who tried to sell me a vehicle service contract. He said that the name of the company he works for is "Benchmark Warranty", and that the administrator of the policy would be Headstart Warranty Group. I was not able to complete the purchase of the vehicle service contract on 10/15/24, so the agent Thomas Martinez called me back on 10/16/24, whereupon I completed the purchase of the vehicle service contract. The contract is administered by Headstart Warranty Group, LLC and financed by Line 5, LLC. The contract agreement number is 134660. The name of the Dealer/Seller is listed as "Pinnacle Warranty" on the contract, and the name of the Seller is listed as "Headstart Direct" on the security agreement.

- This is my formal notice that I would like to opt-out of the arbitration agreement and the class action waiver related to the vehicle service contract that was purchased on 10/16/24 (contact agreement number ██████).

- This is my formal notice that I would like to cancel the vehicle service contract that was purchased on 10/16/24 (contact agreement number ██████).

- Please make sure that you add my cellular telephone numbers ████████████ and ████████████ to your company DO-NOT-CALL list.

Before I proceed with a formal claim against you and your company for violations of the TCPA, I want to give your company an opportunity to explain its actions, and to possibly settle this matter. Please forward to me any and all documents that might support your position that you had prior consent of any kind from anyone to make any telemarketing calls to ████████ as well as any other documents that might support your position that I have no claim under the TCPA against you or your company (if that is in fact your position). Please forward your response to this letter, and the requested information to my attention by 11/15/24.

If I do not hear from you before 11/15/24, then I will proceed by filing a civil lawsuit against you. In case you do not believe that I am serious about the above-mentioned issues, I can inform you that I have over 20 years of litigation experience with the TCPA. This includes numerous individual civil complaints filed in State court, and several class-action civil complaints filed in Federal court (you can see a summary of some of my cases on my website ████████████████████).

Sincerely,

*Stewart Abramson*

Stewart Abramson
522 Glen Arden Drive
Pittsburgh, PA   15208
████████████████