**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>      Plaintiff<br><br>vs.<br><br>LINE 5, LLC,<br><br>      Defendant. | Case No. 26-cv-155 |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AN OVERSIZED BRIEF

Plaintiff Stewart Abramson respectfully moves for leave to file an oversized brief in opposition to Defendant's Motion to Dismiss and states as follows:

1.    Local Rule 7.8(b) limits briefs to fifteen pages absent leave of Court.

2.    Plaintiff's opposition brief is seven pages longer than the default page limit.

3.    The additional pages are necessary because Defendant's Motion raises multiple independent issues of first impression and substantial legal questions requiring separate analysis, including: (a) whether consent contained in a contract is revocable under controlling Third Circuit precedent; (b) whether text messages constitute "telephone calls" under 47 U.S.C. § 227(c); (c) the effect of recent decisions and the FCC's authority under the TCPA; (d) Defendant's established business relationship defense; (e) whether the challenged communications constitute telephone solicitations; and (f) Defendant's Rule 8 pleading arguments.

4.    Plaintiff has attempted to keep the brief as concise as practicable while adequately addressing each issue raised by Defendant.

1

5. Consistent with Local Rule 7.8(b), Plaintiff conferred with Defendant's counsel regarding the requested relief. As of the filing of this Motion, Defendant has not responded.

6. Plaintiff files this Motion promptly because Local Rule 7.8(b) requires requests to exceed the page limitation to be filed sufficiently in advance of the briefing deadline. Rather than await Defendant's response and risk filing the request too close to the deadline, Plaintiff respectfully submits this Motion now.

7. Granting this Motion will not prejudice Defendant. The requested enlargement is modest, will permit the Court to consider the issues on a complete record, and will promote the efficient resolution of Defendant's Motion to Dismiss.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant leave to file the a brief not to exceed twenty-two (22) pages, together with such other relief as the Court deems just and proper.

Plaintiff,
By Counsel,


By: */s/ Anthony I. Paronich*
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Jeremy C. Jackson (PA Bar No. 321557)
BOWER LAW ASSOCIATES, PLLC
403 S. Allen St., Suite 210
State College, PA 16801
Tel.: 814-234-2626
jjackson@bower-law.com

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.

2

E.D. Pa. Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff and the Proposed Class*