## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>          Plaintiff<br><br>vs.<br><br>LINE 5, LLC,<br><br>          Defendant. | Case No. 26-cv-155 |

## [PROPOSED] ORDER ON PLAINTIFF'S MOTION
## FOR LEAVE TO FILE AN OVERSIZED BRIEF

AND NOW, this ___ day of _____, 2026, upon consideration of Plaintiff's Motion for Leave to File an Oversized Brief, it is hereby ORDERED that the Motion is **GRANTED**. Plaintiff is granted leave to file an opposition brief to Defendant's Motion to Dismiss not to exceed **twenty-two (22) pages**.

IT IS SO ORDERED.

_____
HON. JULIA K. MUNLEY
United States District Judge

1