**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>       Plaintiff<br><br>vs.<br><br>LINE 5, LLC,<br><br>       Defendant. | Case No. 26-cv-155 |

**ORDER ON PLAINTIFF'S MOTION**
**FOR LEAVE TO FILE AN OVERSIZED BRIEF**

AND NOW, this 29th day of July_____, 2026, upon consideration of Plaintiff's Motion for Leave to File an Oversized Brief, it is hereby ORDERED that the Motion is **GRANTED**. Plaintiff is granted leave to file an opposition brief to Defendant's Motion to Dismiss not to exceed **twenty-two (22) pages**.

IT IS SO ORDERED.

                   *s/Julia K. Munley*
                   HON. JULIA K. MUNLEY
                   United States District Judge

1