**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,** | : | **Case No. 1:26-cv-00155-JKM** |
| **Plaintiff(s),** | : | |
| **v.** | : | |
| **LINE 5, LLC, Defendant.** | : | |

**DEFENDANT LINE 5, LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Line 5, LLC respectfully submits this Notice of Supplemental Authority in support of its Motion to Dismiss Plaintiff's First Amended Complaint currently pending before the Court. The attached court opinion is from the United Stated District Court for the Western District of Missouri and, while not binding authority, does hold that text messages are not "telephone calls" for the purposes of 47 U.S.C. § 227(c)(5).

Respectfully submitted,

**BARRON & NEWBURGER, P.C.**

By: /s/ Brit J. Suttell
BRIT J. SUTTELL, ESQUIRE
PA Id. No. 204140

1455 NW Leary Way, Suite 400
Seattle, WA 98107
(484) 999-4232
britjsuttell@bn-lawyers.com
Counsel for Defendant Line 5, LLC

Dated: August 31, 2026

**CERTIFICATE OF SERVICE**

I certify that on August 31, 2026, a true copy of the foregoing document was served on all counsel of record via CM/ECF.

**BARRON & NEWBURGER, P.C.**

By: */s/ Brit J. Suttell*
BRIT J. SUTTELL, ESQUIRE
PA Id. No. 204140
1455 NW Leary Way, Suite 400
Seattle, WA 98107
(484) 999-4232
britjsuttell@bn-lawyers.com
Counsel for Defendant Line 5, LLC

Dated: August 31, 2026