**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>LINE 5, LLC,<br><br>Defendant. | Case No. 26-cv-155 |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Stewart Abramson submits this Notice of Supplemental Authority to advise the Court of a decision directly relevant to Plaintiff's Brief in Opposition to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 45). The decision, attached hereto as Exhibit A, is out of the Eastern District of Pennsylvania. Pursuant to LR 7.36, this notice does not contain argument nor exceeds 100 words.

Dated: October 26, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

October 26, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com