**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>LINE 5, LLC,<br><br>Defendant. | Case No. 26-cv-155 |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN**
**<u>OPPOSITION TO DEFENDANT'S MOTION TO DISMISS</u>**

Plaintiff Stewart Abramson submits this Notice of Supplemental Authority to advise the Court of the November 19, 2026 decision in *Girifalco v. Empire Today, LLC*, No. 2:26-cv-05272-MMB, ECF No. 15 (E.D. Pa. Nov. 19, 2026), attached as Exhibit A. In that decision, the Eastern District of Pennsylvania denied a motion to dismiss, holding that 47 C.F.R. § 64.1601(e) was promulgated under § 227(c) of the TCPA and that § 227(c)(5) provides a private right of action for violations of that regulation. This decision is relevant to Plaintiff's opposition to Defendant's Motion to Dismiss (ECF No. 45).

Plaintiff,
By Counsel,

By: <u>*/s/ Anthony I. Paronich*</u>
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.

350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Jeremy C. Jackson (PA Bar No. 321557)
BOWER LAW ASSOCIATES, PLLC
403 S. Allen St., Suite 210
State College, PA 16801
Tel.: 814-234-2626
jjackson@bower-law.com

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
E.D. Pa. Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff and the Proposed Class*