**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BOBBY GIRIFALCO AND KAREN CLOSKEY,**<br>*Plaintiffs,*<br><br>**v.**<br><br>**EMPIRE TODAY, LLC,**<br>*Defendant.* | **CIVIL ACTION**<br><br>**NO. 26-5272** |

**ORDER RE: DEFENDANT'S MOTION TO DISMISS**

**AND NOW**, on this 19th day of November 2026, upon consideration of Defendant's Motion to Dismiss (ECF 8), Plaintiffs' Response in Opposition (ECF 9), and Defendants' Reply (ECF 12) it is hereby **ORDERED** that the Motion is **DENIED**.

Defendant solely argues that the Telephone Consumer Protection Act ("TCPA") does not provide a private right of action for an alleged violation of 47 U.S.C. § 64.1601(e). The Court disagrees. For substantially the same reasons discussed in Newell v. JR Cap., LLC, 791 F. Supp. 3d 571 (E.D. Pa. 2025), the Court concludes that 47 U.S.C. § 64.1601(e) was promulgated under § 227(c) of the TCPA, such that the private right of action in § 227(c)(5) is available for an alleged violation of that regulation. The Motion is therefore denied.

**BY THE COURT:**

**/s/ Michael M. Baylson**
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 26\26-5272 Girifalco et al. v. Empire Today, LLC\26-5272 Order re MTD.docx